1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA
10
11   CURTIS SANDERS,                    )   Case No.: CV09-4227 RGK (SSx)
12            Plaintiff,                )   Honorable R. Gary Klausner
13        vs.                           )   [PROPOSED] ORDER
14   CITY OF WEST COVINA, a Public      )
     Entity of the State of California; Officer )
15   ROBINSON, individually and as a City )
     of West Covina Police officer; Officer )
16   EL SAID, individually and as a City of )
     West Covina Police Officer; DOES 1 )
17   through 10, inclusive, each individually )
     and as law enforcement officers.   )
18                                       )
19            Defendants.                )
20                                       )
21   _____   )

22        GOOD CAUSE HAVING BEEN SHOWN, the Joint Stipulation for

23   Protective Order is hereby GRANTED.

24

25   Dated:

26                                    Hon. R. Gary Klausner
                                      United States District Court Judge
27   Presented by:

28   _____
     Roger A. Colvin, Attorney for Defendants

                              1

IT IS SO ORDERED.
DATED: 1/27/10

UNITED STATES MAGISTRATE JUDGE